Daino, Appellant, *v.* Atlantic Refining Company.

Argued April 25, 1960. Before Jones, C. J., Bell, Musmanno, Jones, Cohen and Eagen, JJ.

reargument refused June 14, 1960.

*Raymond J. Porreca,* for appellant.

*Gordon W. Gerber,* with him *Owen B. Rhoads,* and *Barnes, Dechert, Price, Myers & Rhoads,* for defendants, appellees.

*Frank Carano,* with him *Milton H. Kunken,* and *Carano & Kunken,* for interpleaded claimant-appellee.

OPINION PER CURIAM, May 23, 1960:
The judgment is affirmed on the opinion of Judge ALEXANDER, reported in 20 Pa. D. & C. 2d 470.